# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

R.F.Q.M.,

    Plaintiff,

v.                                                                    Civil No. 26-966 (JRT/LIB)

PAMELA BONDI, et al.,

    Defendants.

_____

DAMARIS F.M.C.

    Plaintiff,

v.                                                                     Civil No. 26-969 (DMT/DTS)

PAMELA BONDI, ET AL.,

    DEFENDANTS.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

    Case No. 26-cv-966 (JRT/LIB) having been assigned to Judge John R. Tunheim and Magistrate Judge Leo I. Brisbois and Case No. 26-cv-969 (DMT/DTS) having later been assigned to Judge Daniel M. Traynor and Magistrate Judge David T. Schultz and said matters being related cases,

    **IT IS HEREBY ORDERED** that Case No. 26-cv-969 (DMT/DTS) be assigned to Judge John R. Tunheim and Magistrate Judge Leo I. Brisbois, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of

Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Order for Assignment of Cases filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  February 4, 2026		s/John R. Tunheim_____
					JOHN R. TUNHEIM
					United States District Judge


Dated: February 4, 2026		_____
					Daniel M. Traynor
					United States District Judge