# UNITED STATES DISTRICT COURT
## District of Minnesota

R.F.Q.M.,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-966 JRT/LIB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Because the Petitioner has been released, the Petition for Writ of Habeas Corpus 1 is **DENIED AS MOOT.** This matter is dismissed.

Date: 2/14/2026

KATE M. FOGARTY, CLERK